IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| LUIS VICENTE CRUZ, | : | Case No. 1:26-cv-158 |
| | : | |
| Petitioner, | : | **Judge Susan J. Dlott** |
| | : | |
| vs. | : | |
| | : | **Magistrate Judge Peter B. Silvain, Jr.** |
| | : | |
| KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al., | : : : | |
| | : | |
| Respondents. | | |

## ORDER

Petitioner, Luis Vicente Cruz, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Vicente Cruz from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately provide a copy of the petition and its accompanying papers, along with a copy of this Order, to the United States Marshal to promptly personally serve to a Butler County Sheriff's Deputy in the

---

[1] The Court's directive applies with equal force to any individual, group, or entity

Potter Stewart United States Courthouse. The Clerk is **further DIRECTED** to (2) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at kevin.gerrity@bcohio.gov; by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov; and by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to (3) promptly note proof of such service on the docket.

 Counsel for Respondents shall promptly enter notices of appearance.

 **IT IS SO ORDERED.**

February 17, 2026            S/Susan J. Dlott
                    SUSAN J. DLOTT
                    United States District Judge

---

working in concert with or on behalf of Respondents.