# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| LUIS VICENTE CRUZ, | : | Case No. 1:26-cv-158 |
| | : | |
| Petitioner, | : | |
| | : | |
| | : | Judge Susan J. Dlott |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al., | : : : | |
| | : | |
| Respondents. | | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner, Luis Vicente Cruz, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Docs. 2, 3). The case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than **February 26, 2026**.

**IT IS SO ORDERED.**

February 18, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge