IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Luis Vicente Cruz, | : | |
| | : | |
| Petitioner, | : | Case No. 1:26-cv-158 |
| | : | |
| v. | : | |
| | : | Judge Susan J. Dlott |
| Kristi Noem, in her Official Capacity, | : | |
| Secretary of the U.S. Department of | : | |
| Homeland Security, *et al.*, | : | Order Vacating Referral to Magistrate |
| | : | Judge |
| | : | |
| Respondents. | : | |
| | : | |
| | : | |

This habeas corpus case was randomly referred to Magistrate Judge Peter B. Silvain, Jr.

pursuant to Amended General Order 22-05.  That reference is hereby **VACATED**.

**IT IS SO ORDERED**.

S/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court

1